Exhibit A to the Complaint

**Location:** The Bronx, NY  
**Total Works Infringed:** 37  
**IP Address:** 67.80.7.73  
**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9D8881628C516150F49A1EA2D00202F245C1A46E<br>File Hash:<br>06393534913A80E2519F2A25BE67D69D3DBAF6D661055168154B5D258F87BF92 | 11/09/2024 11:23:43 | Blacked Raw | 11/04/2024 | 11/18/2024 | PA0002501000 |
| 2 | Info Hash: 2CFAA2EA21170119320165654D584217FC0BB3EA<br>File Hash:<br>0015775B7DC4440A76FF748A92A1ADF3958CC73450C8BAC88EBE6FD4149AA876 | 11/09/2024 11:18:05 | Blacked | 10/20/2024 | 11/18/2024 | PA0002501002 |
| 3 | Info Hash: 621EE181D8CD3561DE2DDB38C8F7305202F5B79D<br>File Hash:<br>0D2FC5056490B534576C84E43AC9D0335FBAD5B5B1552419A3B8E3093D5254AF | 11/09/2024 11:17:45 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 4 | Info Hash: 9FB1BDCE63AFC5A04F202FE935FCD91D5DE3CA2A<br>File Hash:<br>72CE6D567C6314591DDD39848E1D440C5B438BD4D01D997F28467EC659C5EE67 | 11/09/2024 11:17:11 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 5 | Info Hash: F136269E2CDDE79D33B88FBAA0580A95F8831E06<br>File Hash:<br>BB4F3870086E552C63D2D079B00DFF9433D506EEEF558F15E50790CF8C70964E | 11/01/2024 05:40:47 | Blacked | 10/25/2024 | 11/18/2024 | PA0002500986 |
| 6 | Info Hash: 142324F79AD0DA254D792C10E18BBE616786F749<br>File Hash:<br>29B3CBA0ABF4C054F4172EE0922CA8EAFDDEEC682679A1A094B7AA1DB53955C7 | 10/10/2024 03:17:17 | Blacked | 10/05/2024 | 10/16/2024 | PA0002494696 |
| 7 | Info Hash: 96503BE5423C8933BEEFE5E529B19AE640191F8F<br>File Hash:<br>D4E3EC4322D7DAE933D816B5ED4B36F702A8242DBED93E5B63D7FA62AA07D2DF | 10/01/2024 01:42:32 | Blacked Raw | 09/30/2024 | 10/16/2024 | PA0002494699 |
| 8 | Info Hash: 2A6E3D0D5E0CE20277EEC8ED208FED87C570474E<br>File Hash:<br>28CB8899C2EF81572C8BB929B0C9BC02AA6960A09E0DD4F3E4B1FB2FE2A0B131 | 10/01/2024 01:27:23 | Blacked | 09/25/2024 | 10/17/2024 | PA0002494688 |
| 9 | Info Hash: 12AF0B523D1AA51BB6B40351CC4B680835B98D5A<br>File Hash:<br>798B6C451C7CB4BF5B7154AB0828EBAA566F7E2FF611A4D0EFECB0CF2058A00F | 08/21/2024 10:58:31 | Blacked Raw | 08/19/2024 | 09/17/2024 | PA0002490351 |
| 10 | Info Hash: F330ABE44CCFD3D14A19BBADA0AC833056500457<br>File Hash:<br>2DE7A74ABACC4730980EC71FD40A67FD6F5DF2C201DD583159B4753A7BA5AF2E | 08/15/2024 03:52:03 | Blacked | 08/11/2024 | 08/14/2024 | PA0002484821 |
| 11 | Info Hash: 76940093C5979EF47AEEA5993F7F8D32C6218C6C<br>File Hash:<br>5BCE8B189F77DE503198C7BA4A40554789F0139A2EA3D6309AE22EBF1685CB14 | 08/09/2024 02:57:35 | Blacked | 08/01/2024 | 08/14/2024 | PA0002484879 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 94C9FEE85182BDFC2B14DFFFB1EA5E74734C2D07<br>File Hash:<br>B028652D2906C34607225891F411E3D27FD38585C731751D02542266EAEA53C2 | 08/08/2024<br>02:35:27 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 13 | Info Hash: 6CA595682883DD538B6927A0551C84795B80DA0B<br>File Hash:<br>EDB3CD46C8AC7FA8ACB8C65D4C403A83C229A0F8C80E43387B5261D5A84CE840 | 08/06/2024<br>04:28:11 | Blacked | 07/27/2024 | 08/14/2024 | PA0002484822 |
| 14 | Info Hash: 57C9AAAE9FEDCE41CFFC7133CA42A77A67D6AD48<br>File Hash:<br>D81EBDE883EEBE8020DEAC8492735F8ADB930C14549EA96F9269DB10FEF5E301 | 07/25/2024<br>02:11:10 | Blacked Raw | 07/15/2024 | 08/14/2024 | PA0002484848 |
| 15 | Info Hash: 7EE2E108F516290D78C62748C3A63ED9FFD208A0<br>File Hash:<br>F297FA3BC814B5ECC5E181FF45B6A4E3F9BBB56DF92B6BE0A128D90C2F852860 | 07/25/2024<br>02:10:07 | Blacked | 07/17/2024 | 08/14/2024 | PA0002484871 |
| 16 | Info Hash: AAF43D5B58C76C73D6894BCDEAADB202668C9A2F<br>File Hash:<br>ACD9DAEF683E578CB573C199AF716E4E68FD9EF04168771D37001BD284AD2A7B | 07/18/2024<br>02:20:01 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 17 | Info Hash: 0C59DAA284ECA05074FF5BA484F24AB5E73726CE<br>File Hash:<br>22EB4FD54E7911A4C6F99BEA1349DF78B0BDA3BBDF1E2298CF7636E24A2F751E | 06/10/2024<br>02:34:40 | Blacked | 05/28/2024 | 06/18/2024 | PA0002476882 |
| 18 | Info Hash: 8E5E7604DD1C479629C04AE07715F97C04C0CCC8<br>File Hash:<br>7C0A71BB64BFC17C6B680FC4D3E361112175F219A0A5E8D9A14B650F335C27DB | 05/17/2024<br>06:14:59 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 19 | Info Hash: ADEE01CF6D2F6D1113E1D91D34FB7085D48E357A<br>File Hash:<br>9330D5BFD17837D7F210D2E1271547F2F1FB873926F6E1D4632B86711D752C28 | 05/17/2024<br>06:14:13 | Blacked Raw | 05/13/2024 | 06/18/2024 | PA0002476936 |
| 20 | Info Hash: EE3D6D2FADAF0E45D8D7A30826FB0D0282CC8514<br>File Hash:<br>1CAA90CB70C70DBB889324D535C1CE22C56CBD93E6651491489792283294338D | 05/05/2024<br>17:21:21 | Blacked Raw | 06/08/2023 | 07/13/2023 | PA0002420361 |
| 21 | Info Hash: C62B157F2FFDA9A1A0857BEA104B1B35E053FF54<br>File Hash:<br>5F7F58030F33752DFBEDFFED053A83CB2770B31A7BDB45C65B255B2494E198D7 | 05/01/2024<br>04:00:53 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 22 | Info Hash: 1FEC5F1CA4B7920C69F7CBDA212ACC802C1F65D6<br>File Hash:<br>EAEFE8DD80E4B433258013EC639C807901853997E2A3557F89CDAA83ABF817E2 | 04/01/2024<br>06:28:07 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |
| 23 | Info Hash: D512304F880BEF20BF0CB0DD0411596542D15C07<br>File Hash:<br>63BAC2CE08468898053A626785DFF6A2A6058B223388C3DF6C3B77E0BE781F4C | 04/01/2024<br>05:16:48 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: B5C8CB981DD423E921909DAA3E14A4808B81354E<br>File Hash:<br>2B21539C39E3E11E2191E53EAA2572D71B3E4975E7AEEDEC9B361BF284720CB1 | 03/22/2024<br>00:21:49 | Blacked | 03/14/2024 | 04/10/2024 | PA0002464915 |
| 25 | Info Hash: 0A98B32BB2CAC1FFD2FB5298EBAA3B80A4B4177E<br>File Hash:<br>070A62FD0360109969F5C9C658F574ECB40CAA119C42300C1BC258D35B7A7C0A | 03/10/2024<br>08:22:48 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |
| 26 | Info Hash: 2D4A4D9D697F9DD520BE57E06467CE4CBAE4AAD6<br>File Hash:<br>179F279DD47ECA6BEA3CCAF7B11A5048D036E895D00CCCDF6C6A4C98A6052B31 | 02/28/2024<br>01:31:27 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 27 | Info Hash: AE5348450BCB0D1DA1B29853CDE7693A21E91DFD<br>File Hash:<br>3B9ECF24B056F77BF6491B0B1BFC43A26B023F04C1CAD8B323CE95F3924D38CA | 02/10/2024<br>05:11:41 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 28 | Info Hash: C46EE47ABAFFE4981E0A70BFFCB70F6908613CF3<br>File Hash:<br>81D5C04CB8760F65D7FAFC92489D11EC0D1196AA64BB09895E26CBC5E121A0A6 | 02/10/2024<br>04:49:53 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 29 | Info Hash: BB64957A40F61A3746F29772D6B879936CBC2865<br>File Hash:<br>7016488E36B94BDBF4F4C9B50F1AAC5949529620E20FD4D18AFF665C410D4C11 | 02/10/2024<br>04:47:38 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 30 | Info Hash: 8F0D645A4E467F33C0C50898172B7C703E9DD93D<br>File Hash:<br>1C3B5635217F05EAC3D317D29E4903E2FF3BD795E24C160E79062321EC9AB063 | 01/28/2024<br>03:38:09 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 31 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash:<br>E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 06/08/2023<br>01:12:28 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 32 | Info Hash: 5921FEA8542666313161B0D6A969C337153A1486<br>File Hash:<br>7B5D5506F30A433FBEDE57DF46EAF0D6160365EDC695346C4CF8A143E14C7CFC | 05/17/2023<br>23:55:50 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 33 | Info Hash: 6ED38D738D7584B6A6DDE3498B50C2883D680458<br>File Hash:<br>38B1E812773D3E0FCEDFAC6038AF0A4D29A051DBFE54A4E37589413B2E2B4DEC | 05/08/2023<br>04:39:37 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 34 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash:<br>B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 05/08/2023<br>04:37:55 | Blacked | 06/18/2022 | 06/27/2022 | PA0002355032 |
| 35 | Info Hash: 732813BB2180BDE9475B1630CCE9364D0C069228<br>File Hash:<br>A0C0E5FF9FB0A72DF42E4CFBF3DCE9FB22CDE152D96D350510E350015045EFFE | 05/08/2023<br>04:31:41 | Blacked Raw | 04/29/2023 | 05/14/2023 | PA0002411313 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: E26BA1DA42DDE8C96BA3C3C4D840CA4EF82880BC<br>File Hash:<br>8CE8D97AF0FE64C70B675E4DFC8A8DE38BB4F1D7433BB99559C3397B83349607 | 04/17/2023 01:59:33 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 37 | Info Hash: 25911261133636DA5E9A2ED2D08B5C41D3077C29<br>File Hash:<br>15AEA451ADB45F4921FA0C5E6B9EDCFCA1267A16CA238F80FD4D7B0949AB8781 | 04/17/2023 01:56:13 | Blacked Raw | 04/14/2023 | 05/14/2023 | PA0002411257 |